```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                              :
PIETRO J. PARISI, JR.,        :
                              :
          Petitioner,         :   Civ. No. 17-1736 (NLH)
                              :
     v.                       :   MEMORANDUM OPINION & ORDER
                              :
                              :
THE ATTORNEY GENERAL          :
OF THE STATE OF NEW JERSEY,   :
et al.,                       :
                              :
          Respondents.        :
_____:
```

APPEARANCE:

Pietro J. Parisi, Jr.
147556C 705
Special Treatment Unit
8 Production Way
P.O. Box 905
Avenel, NJ 07001

    Petitioner Pro se

Charles A. Fiore, Gloucester County Prosecutor
Margaret A. Cipparrone, Senior Assistant Prosecutor
Gloucester County Prosecutor's Office
Hunter & Euclid Street
P.O. Box 623
Woodbury, NJ 08096

    Counsel for Respondents

HILLMAN, District Judge

    WHEREAS, Pietro J. Parisi filed an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, see ECF No. 4; and

WHEREAS, on July 14, 2022, the Court directed Petitioner to submit equitable tolling arguments for his claims relating to Accusation 96-03-144 within 30 days.  ECF No. 19.  The Order directed Respondent to file an answer within 45 days, id.; and

WHEREAS, Petitioner requests an extension of 90 days to submit his tolling arguments, ECF No. 20.  "Due to the invasive and destructive searching methods of the New Jersey Department of Corrections, much of the legal paperwork I possessed has been lost or destroyed.  As a result I will be contacting the public defenders office to send me the information I need."  Id. at 1; and

WHEREAS, the Court will deny Petitioner's request for a 90 day extension but will extend his time until September 16, 2022; and

WHEREAS, Respondent's answer and response to equitable tolling arguments are due October 7, 2022.  Petitioner may file a reply by November 4, 2022,

THEREFORE, IT IS on this   8th   day of   August  , 2022

ORDERED that Petitioner's motion for an extension, ECF No. 20, is granted as amended; and it is further

ORDERED Petitioner may submit equitable tolling arguments for his claims relating to Accusation 96-03-144 by September 16, 2022.  Failure to submit equitable tolling arguments within that

2

time shall result in a dismissal of those claims; and it is further

    ORDERED that Respondent's answer and response to equitable tolling arguments are due October 7, 2022.  Petitioner may file a reply by November 4, 2022; and it is finally

    ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.

At Camden, New Jersey            _s/ Noel L. Hillman_
                                      NOEL L. HILLMAN, U.S.D.J.