UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
_____
                              :
PIETRO J. PARISI, JR.,        :
                              :
        Petitioner,           :   Civ. No. 17-1736 (NLH)
                              :
    v.                        :   MEMORANDUM OPINION & ORDER
                              :
                              :
THE ATTORNEY GENERAL          :
OF THE STATE OF NEW JERSEY,   :
et al.,                       :
                              :
        Respondents.          :
_____:
```

APPEARANCE:

Pietro J. Parisi, Jr.
147556C 705
Special Treatment Unit
8 Production Way
P.O. Box 905
Avenel, NJ 07001

        Petitioner Pro se

Christine A. Hoffman, Acting Gloucester County Prosecutor
Dana R. Anton, Acting Sr. Assistant Prosecutor
Gloucester County Prosecutor's Office
Hunter & Euclid Street
P.O. Box 623
Woodbury, NJ 08096

        Counsel for Respondents

HILLMAN, District Judge

        WHEREAS, Pietro J. Parisi filed an amended petition for

writ of habeas corpus pursuant to 28 U.S.C. § 2254, see ECF No.

4; and

WHEREAS, on July 14, 2022, the Court directed Petitioner to submit equitable tolling arguments for his claims relating to Accusation 96-03-144 within 30 days.  ECF No. 19.  The Order directed Respondent to file an answer within 45 days, id.; and

WHEREAS, Petitioner filed his equitable tolling arguments on September 12, 2022, ECF No. 22; and

WHEREAS, Respondent requests an extension of time to file its answer, ECF No. 23.  The Court will grant the request; and

WHEREAS, Respondent's answer and response to equitable tolling arguments, and the January 1997 amended judgment of conviction for Accusation 96-03-144, are due November 6, 2022. Petitioner may file a reply by December 9, 2022,

THEREFORE, IT IS on this  3rd  day of  October, 2022

ORDERED that Respondent's motion for an extension, ECF No. 23, is GRANTED; and it is further

ORDERED that Respondent's answer and response to equitable tolling arguments, and the January 1997 amended judgment of conviction for Accusation 96-03-144, are due November 6, 2022. Petitioner may file a reply by December 9, 2022; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.


At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.

2